FILED

2018 Jul-27  AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

CRAIG CARGILE, ADMINISTRATOR OF
THE ESTATE OF JOHN B. MCLEMORE,

      PLAINTIFF,                CASE NO:  7:18-CV-01167-LSC

  V.

SERIAL PRODUCTIONS, LLC;
THIS AMERICAN LIFE PUBLIC        REMOVED FROM THE CIRCUIT COURT OF
BENEFIT CORPORATION;          BIBB COUNTY, ALABAMA (CASE NO. 07-
BRIAN REED;                   CV-2018-900057.00)
CHICAGO PUBLIC MEDIA, INC.;
SHITTOWN, LLC;
SERIAL PODCAST, LLC; AND
AMERICAN WHATEVER, LLC,

      DEFENDANTS.

## DISCLOSURE STATEMENT

COMES NOW Defendant Serial Productions, LLC and, pursuant to F.R.Civ.P. 7.1, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

 X This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

Serial Productions is a limited liability company with three members: Sarah Koenig, Julie Snyder, and American Whatever.  Sarah Koenig is an adult citizen of the Commonwealth of Pennsylvania, Julie Snyder is an adult citizen of the State of New Jersey and American Whatever is a citizen of the State of New York.

Respectfully submitted,

/s/*Dennis R. Bailey*
Dennis R. Bailey
Bar ID ASB-4845-I71D
*Attorneys for Defendant*
Serial Productions, LLC

Of counsel:
Rushton Stakely Johnston & Garrett, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rushtonstakely.com (email)

Filed and dated:  July 27, 2018.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, a copy of the foregoing was served by filing the same through the CM/ECF system, which will send a copy to the following individuals:

> Richard J.R. Raleigh, Jr.
> Christopher L. Lockwood
> Wilmer & Lee, P.A.
> 100 Washington Street, Suite 100
> Huntsville, AL 35801
> (256) 533-0202
> rraleigh@wilmerlee.com
> clockwood@wilmerlee.com
>
> R. Cooper Shattuck
> Cooper Shattuck, LLC
> P.O. Box 3142
> Tuscaloosa, AL 35403
> (877) 442-6673
> cooper@coopershattuck.com

> */s/ Dennis R. Bailey*
> Of counsel

Error! Unknown document property name.