FILED
2018 Aug-15 PM 08:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 8 –

# S-Town Audio Files – Chapters 1-7
# Filed via flash drive