FILED
2019 Jun-07 PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| CRAIG CARGILE<br>*Administrator of the Estate of John B. McLemore,*<br><br>    Plaintiff,<br><br>v.<br><br>SERIAL PRODUCTIONS, LLC, *ET AL.*<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 7:18-cv-01167-LSC |

## ORDER

Before this Court is Defendants', Serial Productions, LLC; This American Life Public Benefit Corporation; Brian Reed; Chicago Public Media, Inc.; Shittown, LLC; Serial Podcast, LLC; and American Whatever, LLC, motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) (doc. 42). Plaintiff has twenty-one (21) days from the date of this Order to respond to the Motion. Plaintiff's response shall not exceed twenty-five (25) double-spaced pages. Defendants will thereafter have seven (7) days to file a reply, not to exceed ten (10) double-spaced pages. The type size for all submissions must be at least 14 points, except that footnotes may be in 12-point type. After the briefing period has expired, the

Court will take Defendants' motion under consideration without further notice to the parties.

**DONE** and **ORDERED** on June 7, 2019.

_____
L. Scott Coogler
United States District Judge

195126